# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY SANDOVAL, | Case No. CV 19-5066-AB (SSx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| MAGICO LOGISTGICS, INC., et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 27, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE